John L. Burris, Esq., SBN 69888
DeWitt M. Lacy, Esq., SBN 258789
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
dewitt.Lacy@johnburrislaw.com

Attorneys for Plaintiff
MICHAEL BEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BEAL, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>ROYAL OAK BAR, et al.,<br><br>            Defendants. | Case No.: 3:13-cv-04911 LB (NC)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE  AS MODIFIED<br><br>HONORABLE MAGISTRATE JUDGE NATHANAEL M. COUSINS |

Plaintiff's MICHAEL BEAL and ASHLEY JACKSON and Defendants ROYAL OAK BAR, *et. al.* by and through their respective counsel of record, hereby stipulate as follows:

1. The Settlement Conference is presently set in this action on April 24, 2014 at 9:30 a.m.

2. Because that date presents a schedule conflict for plaintiffs' counsel, the parties have agreed to reschedule the Settlement Conference for another date. The parties request a date from the court 90-days from the scheduled court date. Accordingly, the undersigned stipulate and agree to continue the Settlement Conference currently scheduled for April 24, 2014 at 9:30 a.m. to July 23, 2014 at 9:30 a.m. or, if that date is

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CMC

not available, to a future date mutually convenient to both parties and the Court.

3. Counsel for Defendants, Russell A. Robinson, has been unable to confirm that both of his clients are available for, and will appear at, the conference presently set for April 24, 2014. Thus, in view of the fact that one of his clients previously requested a continuance of the April 24, 2014, settlement conference, Robinson on behalf of his clients enters this stipulation in the spirit of cooperation and in order to avoid prejudice to Defendants.

IT IS SO STIPULATED.

DATED: April 18, 2014                    LAW OFFICES OF RUSSELL A. ROBINSON

                                         By: /s/Russell Alan Robinson
                                             RUSSELL ALAN ROBINSON
                                             Attorney for Defendants


DATED: April 18, 2014                    LAW OFFICES OF JOHN L. BURRIS

                                         By: /s/ DeWitt M. Lacy
                                             DEWITT M. LACY
                                             Attorneys for Plaintiff

1
2
**[PROPOSED] ORDER**

(strikethrough on "PROPOSED")

3
4   This matter comes before the Court upon both parties' Stipulation to Continue the
5   Settlement Conference.  Upon careful scrutiny, and for good cause shown, the Court finds the
6   stipulation well taken and grants the request to continue the Settlement Conference.

   Accordingly, it is hereby **ORDERED** that:

7
8
9   1.   The Settlement Conference, originally set for April 24, 2014 at 9:30 a.m. shall be
10       continued to ~~July 23, 2014 at 9:30 a.m.~~
11  2.   Defense counsel must provide notice of the settlement conference to defendants.

   **IT IS SO ORDERED**.

12
13  DATED: April  21, 2014                                      _____
14                                                              HONORABLE MAGISTRATE JUDGE
                                                                NATHANAEL M. COUSINS



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CMC

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC