UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MICHAEL BEAL, et al., | No. C13-04911 LB |
| Plaintiffs, | **AMENDED CASE MANAGEMENT ORDER** |
| v. | |
| ROYAL OAK BAR, et al., | |
| Defendants. | |

Following the Case Management Conference held on February 19, 2015, the Court orders that the following are the amended disclosure, filing, and hearing dates for the case:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Updated Joint Case Management Conference Statement | 6/5/2014 |
| Further Case Management Conference | 6/12/2014 at 11:00 a.m. |
| Settlement Conference | 7/2/2015 |
| Non-expert discovery completion date | 5/22/2015 |
| Expert disclosures required by Federal Rules of Civil Procedure | 5/22/2015 |
| Rebuttal expert disclosures | 6/5/2015 |
| Expert discovery completion date | 6/30/2015 |
| Last hearing date for dispositive motions and/or further case management conference | 8/13/2015, at 9:30 a.m. |

CASE MANAGEMENT AND PRETRIAL ORDER
CV13-04911 LB

| Meet and confer re pretrial filings | 8/21/2015 |
|---|---|
| Pretrial filings due | 8/31/2015 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 9/8/2015 |
| Final Pretrial Conference | 9/21/2015, at 11:00 a.m. |
| Trial | 10/5/2015, at 8:30 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED**.

Dated: February 23, 2015

_____
LAUREL BEELER
United States Magistrate Judge

CASE MANAGEMENT AND PRETRIAL ORDER
CV13-04911 LB