AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN DISTRICT__  District of  __CALIFORNIA__

MICHAEL BEAL, ET AL.,
           Plaintiff (s),
V.
ROYAL OAK BAR, ET AL.
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-CV-4911-LB

Notice is hereby given that, subject to approval by the court, __ARES PAPAGEORGE__ substitutes
(Party (s) Name)

__ARES PAPAGEORGE, IN PRO PER__, State Bar No. __N/A__ as counsel of record in
(Name of New Attorney)

place of __RUSSELL A. ROBINSON__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name: IN PRO PER
    Address:
    Telephone: (415) 638-7992    Facsimile
    E-Mail (Optional): arespapageorge@hotmail.com, papageorgio143@gmail.com

I consent to the above substitution.
Date: 5/14/2015
    (Signature of Party (s))

I consent to being substituted.
Date: 5/14/2015
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/14/2015
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED. Pursuant to Civil Local Rules, Rule 11-5, withdrawing counsel will continue to be served all filings and discovery for forwarding purposes, unless and until the client appears by other counsel. Service and forwarding may be electronically.
Date: 5/21/2015
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]