JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
T: (510) 839-5200
F: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff
MICHAEL BEAL
ASHLEY JACKSON BEAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BEAL and ASHLEY JACKSON, <br><br> Plaintiffs, <br><br> vs. <br><br> ROYAL OAK BAR, and ARES PAPAGEORGE, <br><br> Defendants. | Case No.: 3:13-cv-04911-LB <br><br> **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** <br> ORDER <br> Date: April 7, 2016 <br> Time: 11:00am <br> Courtroom: C - 15th Floor |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

In the interest of expediency and judicial economy, Plaintiffs Michael Beal and Ashley Jackson Beal respectfully request that the Court allow the telephonic appearance of counsel at the case management conference presently scheduled for April 7, 2016 at 11:00 a.m. This request is made on the grounds that counsel for Plaintiffs, DeWitt M. Lacy, will be conducting a deposition in an unrelated matter on April 7, 2016 beginning at 10:00 a.m. Due to impending

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

discovery deadlines and availability of the defendant in the unrelated matter, the deposition cannot be postponed. We have met and conferred with opposing counsel in this matter, Ms. Stella Fey Epling, and she does not object to Plaintiffs appearing telephonically. If granted, Mr. Lacy will be making the telephonic appearance through CourtCall.

Dated: March 31, 2016         **LAW OFFICES OF JOHN L. BURRIS**

By: /s/ *DeWitt M. Lacy*

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

**~~PROPOSED~~ ORDER**

IT IS SO ORDERED that in the interest of expediency and judicial economy, and good cause appearing, DeWitt M. Lacy's request to appear telephonically at the case management conference presently scheduled for April 7, 2016 at 11:00 a.m. is GRANTED.

SO ORDERED.

Dated: April __1__, 2016

_____
HONORABLE LAUREL BEELER

```
The court grants the motion to appear by CourtCall.  The court directs the
plaintiff to file a short updated CMC statement on Friday,
April 1 by Noon.
```

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER