UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MICHAEL BEAL, et al., | Case No.  3:13-cv-04911-LB |
| Plaintiffs, | |
| v. | **ORDER** |
| ROYAL OAK BAR, et al., | |
| Defendants. | |

Case referred to Magistrate Judge Maria-Elena James to conduct a settlement conference to occur within sixty days, or as soon as her schedule permits.

**IT IS SO ORDERED.**

Dated:  May 24, 2016

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BEAL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROYAL OAK BAR, et al.,<br><br>　　　　Defendants. | Case No.  3:13-cv-04911-LB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ares  Papageorge
552 47th Avenue
San Francisco, CA 94121


Dated: May 24, 2016

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court


By:_____

Lashanda Scott, Deputy Clerk to the
Honorable LAUREL BEELER

2