1  JOHN L. BURRIS, Esq. (SBN 69888)
   DeWITT M. LACY, Esq. (SBN 258789)
2  THE LAW OFFICES OF JOHN L. BURRIS
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621-1939
4  Tel    510-839-5200
   Fax:   510-839-3882
5  John.Burris@johnburrislaw.com
   dewitt.lacy@johnburrislaw.com
6
7  Attorneys for Plaintiffs
   MICHAEL BEAL
8  ASHLEY JACKSON BEAL

10 STELLA FEY EPLING (SBN 190025)
   sfe@northbeachlaw-sf.com
   NORTH BEACH LAW
11 470 Columbus Avenue, Suite 208
   P.O. Box 330578 San Francisco, CA 94133
12 Telephone: 415.433.1448

13 Attorney for Defendant
   ROYAL OAK BAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BEAL and ASHLEY JACKSON, <br>    Plaintiffs, <br> vs. <br><br> ROYAL OAK BAR, and ARES PAPAGEORGE, <br>    Defendants. | Case No.: 3:13-cv-04911-LB <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Date:        June 9, 2016 <br> Time:       9:30 a.m. <br> Courtroom:   C - 15th Floor <br><br> Honorable Laurel Beeler |
| ROYAL OAK BAR, a California Corp. and ARES PAPAGEORGE, <br><br>    Cross-Complainants <br><br> vs. <br><br> MICHAEL BEAL and ASHLEY JACKSON, <br><br>    Cross-Defendants. | |

1  Defendants ROYAL OAK BAR and ARES PAPAGEORGE (collectively and hereinafter "Defendants") submit this updated Joint Case Management Conference Statement. The original introduction entitled "Plaintiffs' Statement" (set off by *** ) was prepared by Plaintiffs and provided to Defendants for supplementation Thursday mid-afternoon. The balance of the statement, including the proposed schedule, was prepared by Defendants and transmitted to Plaintiffs' counsel for review and comment at approximately 1 p.m. today; as of the time of filing, Plaintiffs' counsel had not confirmed agreement with the content and Defendants expect that Plaintiffs' schedule did not provide an opportunity for comment. Accordingly, Defendants submit this statement with the expectation that Plaintiffs may supplement and/or amend their original Statement.

***

Plaintiffs, MICHAEL BEAL and ASHLEY JACKSON BEAL (collectively and hereinafter "Plaintiffs"), and Defendants), hereby submit the following updated Joint Case Management Conference Statement.

**Plaintiffs' Statement**

On May 20, 2016, Defendants served initial disclosures. The parties have not been able to come mutually agreeable terms regarding the stipulated protective order pertaining to the collection of MICHAEL BEALS's DNA sample. Alternatively, Plaintiffs are willing to stipulate to Mr. BEAL's blood being found inside the premises of Royal Oak Bar. However, they will not stipulate to the blood being located behind the bar.

***

**Defendants' Statement**

After confirmation on April 29, 2016 from Plaintiffs that initial disclosures had not been exchanged in this case, Defendants served their initial disclosures.

With respect to the DNA buccal specimen ordered on April 29, 2013, on February 3, 2016, this Court directed the parties to "work this out so that the DNA specimen can be provided at the collection site." Plaintiffs' counsel assured that this could be worked out;

1  counsel for the Royal Oak provided exhaustive information regarding prospective testing sites
2  per Plaintiffs' request and spent several hours working with the testing sites and experts. Two
3  months later, at the April 7, 2016 case management conference, Plaintiffs' counsel raised, for
4  the first time, his client's concern that the test sample be confidential and limited in use to this
5  litigation. Despite the fact that the April 29, 2013 order (attached at pp. A-1-A-2) expressly
6  provided those protections, this Court addressed Plaintiffs' concerns by directing the parties to
7  enter into a protective order that would cover the sample.
8       On April 11, 2016, Plaintiffs' counsel sent an email with a form of proposed protective
9  order for review (attached at pp. A-3 – A-4). On April 22, 2016, counsel for the Royal Oak
10 circulated a red-lined, revised form of order with very limited revisions, together with an
11 explanatory cover email (attached at pp. A-5 – A-14). On April 27, 2016, having received no
12 response from Plaintiffs, counsel for the Royal Oak again inquired as to the status of the
13 protective order. (see page A-5, attached). At the May 5, 2016 case management conference,
14 Defendants rejected Plaintiffs' new proposal for a stipulation in lieu of the sample. There is no
15 legitimate basis to revisit an order that is well over three years old and never challenged until
16 recently. Regardless, Plaintiff seems to believe that the orders of two Courts may be changed
17 by his fiat and continues to refuse to respond to the modest changes proposed to the protective
18 order. (See pages A-15 – A-17, attached).
19      As this Court acknowledged in our case management conferences two years ago, the
20 testing is vital not only to trial but to settlement of this matter. Accordingly, the sample needs to
21 be submitted promptly so that the results and comparative testing with the stain sample from the
22 flooring in the back bar (45-60 days) may be completed before the September 7, 2016 case
23 management conference.
24      The most recent four-month delay in obtaining the ordered *and agreed upon* DNA
25 sample, together with the trial set for November 14, 2016 in the related case (an attorneys' fee
26 collection case set in San Francisco Superior Court) necessitate a rather lengthy extension of the
27 previous schedule.
28 ///

**Defendants' Proposed Schedule**

| Event | Previously Set | Proposed Date |
|---|---|---|
| Mandatory Settlement Conference | Completed | 9/7/2016(set) |
| ADR completion date | Completed | n/a |
| Motions re: Sanctions Awards to Defendants | TBD | 6/9/2016 (motion for leave to file; substantive motion date, if any, TBD) |
| Non-expert discovery completion date | 2/1/2016 | 6/20/2016 (deadline to submit outstanding DNA sample) |
| Expert disclosures required by Federal Rules of Civil Procedure | 2/15/2016 | 9/1/2016 (based on timely submittal of DNA) |
| Rebuttal expert disclosures | 2/29/2016 | 9/15/16 |
| Expert discovery completion date | 3/31/2016 | 10/17/2016 |
| Last hearing date for dispositive motions and/or further case management conference | 4/15/2016, at 9:30 a.m. | n/a |
| Meet and confer re pretrial filings | 5/30/2016 | 11/21/2016 |
| Pretrial filings due | 6/9/2016 | 12/1/2016 |
| Oppositions, Objections, Exhibits, and Depo Designations | 6/16/2016 | 12/8/2016 |
| Final Pretrial Conference | 6/30/2016, at 11:00 a.m. | 12/22/2016, at 11:00 a.m. |
| Trial (5 days) | 7/18/2016, at 8:30 a.m. | 1/16/2016, at 8:30 a.m. |

DATED:  June 3, 2016                    **LAW OFFICES OF JOHN L. BURRIS**


                                        By:_____
                                        DeWitt M. Lacy
                                        Attorney for Plaintiffs
                                        MICHAEL BEAL
                                        ASHLEY JACKSON BEAL

DATED: June 3, 2016                     NORTH BEACH LAW
                                        By: */s/ Stella Fey Epling*
                                        STELLA FEY EPLING
                                        Counsel for Defendant
                                        **ROYAL OAK BAR**

DATED: June ___, 2016                   By: */s/ Ares Papageorge*
                                        Defendant **ARES PAPAGEORGE**