STELLA FEY EPLING (SBN 190025)
sfe@northbeachlaw-sf.com
NORTH BEACH LAW
470 Columbus Avenue, Suite 208
P.O. Box 330578
San Francisco, CA  94133
Telephone:     415.433.1448

Attorney for Defendant
ROYAL OAK BAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BEAL and ASHLEY JACKSON,<br><br>           Plaintiffs,<br><br>    v.<br><br>ROYAL OAK BAR and ARES PAPAGEORGE,<br><br>           Defendants.<br><br>COUNTERCLAIM | Case No. 13-04911 LB<br><br>[~~PROPOSED~~] ORDER RE: SUBMISSION OF DNA SAMPLE |

This matter having come on regularly for hearing and good cause appearing therefor, it is hereby ordered:

Pursuant to previously issued orders, absent stipulation of the parties or further order of the Court, by June 20, 2016, Plaintiff Michael Beal shall provide a DNA sample, the collection of which will be conducted by one of DNA Diagnostics Center's authorized collection facilities, including, but not limited to, one of the following:

1. Wyckoff Heights Medical Center, 374 Stockholm St., New York, NY 11237, Mon-Fri 11am-1pm

2. Agho Clinic, 250 W. 49th Street, New York, NY  10019, Mon- Fri 8-3pm,

3. BaGill Testing, 144 Lewis Avenue, Brooklyn, NY 11221, Mon-Fri 8-2pm

4. Knickerbocker, 739 Knickerbocker Ave., Brooklyn, NY 11221, Mon- Fri 9-4pm

Scheduling shall be facilitated by Plaintiff or his attorney directly with the Forensic Service Coordinator, DNA Diagnostics Center, 800-406-1940; forensics@dnacenter.com.

**IT IS SO ORDERED.**

Date: June 13, 2016

HON. LAUREL BEELER
United States Magistrate Judge