UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| MICHAEL BEAL, et al., | |
|---|---|
| Plaintiffs, | Case No. 3:13-cv-04911-LB |
| v. | **SCHEDULING ORDER** |
| ROYAL OAK BAR, et al., | |
| Defendants. | |

The court adopts the defendants' trial schedule in ECF No. 148. That results in the following deadlines:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Non-expert discovery completion date (deadline to submit outstanding DNA sample) | 6/20/2016 |
| Mandatory settlement conference | 9/7/2016 |
| Updated case-management conference statement | 9/8/2016 |
| Case-management conference | 9/15/2016 at 11:00 a.m. |
| Expert disclosures required by Federal Rules of Civil Procedure | 9/15/2016 |
| Rebuttal expert disclosures | 9/29/2016 |
| Expert discovery closes | 10/29/2016 |
| Last hearing date for dispositive motions | 10/20/2016 |

| Meet and confer re pretrial filings | 11/21/2016 |
|---|---|
| Pretrial filings due | 12/1/2016 |
| Oppositions, objections, exhibits, and depo designations due | 12/8/2016 |
| Final pretrial conference | 12/22/2016 at 1:30 p.m. |
| Trial (5 days) | 1/17/2017 at 8:30 a.m. |

The parties may adjust the expert discovery deadlines as they see fit.

**IT IS SO ORDERED.**

Dated: June 27, 2016

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BEAL, et al.,

    Plaintiffs,

v.

ROYAL OAK BAR, et al.,

    Defendants.

Case No. 3:13-cv-04911-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 27, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ares Papageorge
552 47th Avenue
San Francisco, CA 94121

Dated: June 27, 2016

        Susan Y. Soong
        Clerk, United States District Court

        By: /s/ L. Scott
        Lashanda Scott, Deputy Clerk to the
        Honorable LAUREL BEELER

3